AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jacob Samuel Winkler<br>aka<br>Jacob Samuel Winckler<br><br>*Defendant(s)* | Case: 1:25-mj-00227<br>Assigned To: Judge Faruqui, Zia M.<br>Assign. Date: 9/22/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 20, 2025 _____ in the county of _____ Washington _____ in the

_____ District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 39A | - Aiming a Laser Pointer at an Aircraft |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

USSS Officer Diego Santiago
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 09/22/2025 _____

_____
*Judge's signature*

City and state: _____ Washington, DC _____

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*